UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288** |

August 11, 2014

Peter C. Choharis, Esquire
Heather M. Sala, Esquire
The Choharis Law Group, PLLC
2771 Woodley Place, NW
Washington, DC 20008

Jonathan M. Davidoff, Esquire
Glen A. Kendall, Esquire
Davidoff Law Firm, PLLC
228 East 45th Street, Suite 1700
New York, NY 10017

Mark A. Simanowith, Esquire
Matthew A. Haven, Esquire
Saul Ewing, LLP
500 East Pratt Street, 8th Floor
Baltimore, MD 21202

Subject:   Rullan v. Goden, et al.
           Civil No.: CCB-12-2412

Dear Counsel:

I have reviewed defendants' letter of August 6, 2014 and plaintiff's letter of August 7, 2014 regarding the witness depositions in Spain. In accordance with my expedited discovery procedure as described in my Order dated July 22, 2014 (ECF No. 109), I am unable to resolve this issue through my informal process. Defendants are instructed to file a formal motion by **Wednesday, August 13, 2014**, citing legal authority for my authority to order depositions of plaintiff's wife and father in Barcelona, Spain. Plaintiff is instructed to respond by **Tuesday, August 19, 2014**. Each filing is not to exceed five (5) pages. Counsel are directed to continue to attempt to resolve this issue as it is obviously necessary that defendants be able to depose these witnesses if plaintiff intends to call them as witnesses at trial.

Please be aware that I will have limited availability this week to resolve any disputes. I would greatly appreciate counsel's best efforts in working collaboratively to prepare for the depositions beginning the week of August 18, 2014. Although plaintiff's Second Motion to Compel Documents and Answers and Motion to Compel 30(b)(6) Documents (ECF No. 117) was recently filed, I will do my best to address it in a timely fashion.

Notwithstanding the informal nature of this letter, it is an Order of the court and will be docketed accordingly.

Very truly yours,

 /s/
Beth P. Gesner
United States Magistrate Judge